UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                                                CHAPTER 13 PROCEEDING:
JO ANN CRUZ                                                                   05-21166-C-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

   COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

   1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Aug 4, 2005.

   2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

   3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

   4. Trustee has been unable to locate the following creditor at the address listed below.

   COMMERCIAL CARD SOLUTIONS
   C/O JPMORGAN CHASE
   3949 S 700 E SUITE 500
   SALT LAKE CITY, UT  84107

   5. As a result, funds owed to the creditor in the amount of $832.13 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Mon, October 25, 2010

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                        CHAPTER 13 PROCEEDING:
JO ANN CRUZ                                       05-21166-C-13
DEBTOR

### CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Oct 25, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


JO ANN CRUZ                                         JAN SHEPHARD
3429 VENTURE                                   410 SPID STE 210
CORPUS CHRISTI, TX  78415         CORPUS CHRISTI, TX  78405

COMMERCIAL CARD SOLUTIONS
C/O JPMORGAN CHASE
3949 S 700 E SUITE 500
SALT LAKE CITY, UT  84107