UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| JO ANN CRUZ | 05-21166-C-13 |
| DEBTOR | |

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Aug 4, 2005.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Trustee has been unable to locate the following creditor at the address listed below.

    STATE FARM MUTUAL AUTO
    C/O O L KNUTSON ATTORNEY AT LAW
    7701 N LAMAR BLVD STE D74
    AUSTIN, TX  78752

5. As a result, funds owed to the creditor in the amount of $6,402.80 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Tue, October 26, 2010

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| JO ANN CRUZ | 05-21166-C-13 |
| DEBTOR | |

### CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Oct 26, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee

| | |
|---|---|
| JO ANN CRUZ | JAN SHEPHARD |
| 3429 VENTURE | 410 SPID STE 210 |
| CORPUS CHRISTI, TX  78415 | CORPUS CHRISTI, TX  78405 |
| | |
| STATE FARM MUTUAL AUTO | STATE FARM MUTUAL AUTO |
| C/O O L KNUTSON ATTORNEY AT LAW | C/O O L KNUTSON  ATTY AT LAW |
| 7701 N LAMAR BLVD STE D74 | 108 W 38TH ST |
| AUSTIN, TX  78752 | AUSTIN, TX  78705 |