IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
11/03/2010

IN RE: § CASE NO. 05-21166-C-13
   JO ANN CRUZ §
§    75
DEBTOR(S) § CHAPTER 13

### ORDER GRANTING MOTION TO WITHDRAW TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY (Document #72) AND VACATING ORDER GRANTING TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT  (Document #74)

    Came on for consideration this date the Motion of Cindy Boudloche, the Trustee, to withdraw the Trustee's Motion to Pay Funds into the Court Registry and to vacate the Order Granting Trustee's Motion to Pay Funds into the Court Registry, and the Court having considered the motion finds good cause to grant the relief sought therein.

    IT IS THEREFORE ORDERED that the Trustee's Motion to Pay Funds into the Court Registry filed October 26, 2010 is hereby WITHDRAWN and it is further

    ORDERED that the Order Granting Trustee's Motion to Pay Funds into the Court Registry entered in the above captioned case on October 27, 2010 be and is hereby VACATED.

November 3, 2010

SIGNED this _____ day of _____, 2010.

_____
Richard S. Schmidt
United States Bankruptcy Judge

